IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA CUEVAS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SONY PICTURES ENTERTAINMENT, INC., d/b/a CRUNCHYROLL <br><br> Defendant. | Case No. 22-cv-4858 <br><br> Honorable Sara L. Ellis |

**JOINT MOTION FOR EXTENSION OF TIME FOR BRIEFING
SCHEDULE ON MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Defendant Sony Pictures Entertainment Inc. d/b/a Crunchyroll ("Defendant" or "Crunchyroll") and Plaintiff Lisa Cuevas ("Plaintiff" or "Cuevas") respectfully move jointly for a 30 day extension of the briefing schedule for Defendant's motion to dismiss Plaintiff's First Amended Complaint, to allow the parties to investigate the allegations of the First Amended Complaint (DE 9) (hereinafter "FAC"). In support of the joint motion, the parties state as follows:

1. On October 27, 2022, Plaintiff filed the FAC. (DE 9.)

2. On November 8, 2022, this Court set a briefing schedule on Crunchyroll's motion to dismiss the FAC. (DE 13.) Under the current deadlines, Crunchyroll's motion to dismiss is due by January 2, 2023. *Id*. Because January 2, 2023 is a court holiday, the motion is due on January 3, 2023. Fed. R. Civ. P. 6(a)(1). Plaintiff's response is due by January 30, 2023, and Crunchyroll's reply is due by February 21, 2023. (DE 13.)

3. Good cause exists to extend the briefing schedule on Crunchyroll's motion to dismiss. On December 15, 2022, Defense counsel held a conferral call with Plaintiff's counsel regarding the grounds for Crunchyroll's forthcoming motion to dismiss based on newly-discovered

information related to Plaintiff's relationship with Crunchyroll. Plaintiff's counsel advised that they are currently investigating and determining whether to file a further amended complaint in light of the information, and that they agree to the relief requested herein.

4. Therefore the parties have agreed to extend the briefing schedule by 30 days, until February 2, 2023 for the filing of Crunchyroll's motion to dismiss, March 1, 2023 for Plaintiff's response, and March 23, 2023 for Defendant's reply.

5. This request for extension is not being made for purposes of delay, and is the first such request made by either party. The extension will not result in prejudice to any party or impact any case management schedule or trial date in this case.

WHEREFORE, Defendant Sony Pictures Entertainment Inc. d/b/a Crunchyroll and Plaintiff Lisa Cuevas respectfully request that the Court extend the briefing schedule for Crunchyroll's motion to dismiss Plaintiff's First Amended Complaint by 30 days, providing until February 2, 2023 for Crunchyroll to file its motion, until March 1, 2023, for Plaintiff to file her response, and until March 23, 2023 for Crunchyroll to file its reply, and for such further relief the Court deems appropriate.

Dated: December 21, 2022               Respectfully submitted,

**SONY PICTURES ENTERTAINMENT INC. d/b/a CRUNCHYROLL**

By: /s/    *William F. Farley*
   William F. Farley
   Rachel Agius
   HOLLAND & KNIGHT LLP
   150 North Riverside Plaza, Ste. 2700
   Chicago, Illinois 60606
   312-263-3600
   William.Farley@hklaw.com
   Rachel.Agius@hklaw.com

   Mark S. Melodia (*pro hac vice*)

**LISA CUEVAS**

By: /s/    *Brandon M. Wise*
   Brandon M. Wise
   Adam Florek
   PEIFFER WOLF CARR
   KANE CONWAY & WISE, LLP
   73 W. Monroe, FL 5
   Chicago, IL 60604
   312-444-0734
   bwise@peifferwolf.com
   aflorek@peifferwolf.com

   Patrick Muench
   BAILEY GLASSER LLP

| | |
|---|---|
| HOLLAND & KNIGHT LLP<br>31 West 52nd Street, FL 12<br>New York, NY 10019<br>Mark.melodia@hklaw.com | 318 W. Adams St., Ste. 1512<br>Chicago, IL 60606<br>312-500-8680<br>pmuench@baileyglasser.com |
| *Counsel for Defendant* | *Counsel for Plaintiff and the Putative Class* |

#182818978_v3