UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SALVADOR BELTRAN, JR., and ELI GROSS, *Individually and on behalf of all others similarly situated,*<br><br>*Plaintiffs*,<br><br>v.<br><br>SONY PICTURES ENTERTAINMENT, INC., d/b/a CRUNCHYROLL<br><br>*Defendant*. | **Case No:** 1:22-cv-04858<br><br>**Judge:** Sara L. Ellis<br><br>**JURY TRIAL REQUESTED** |

## STATUS REPORT ON MEDIATION

Plaintiffs Salvador Beltran, Jr. and Eli Gross, ("Plaintiffs") on behalf of themselves and all other Plaintiffs similarly situated and Defendant Sony Pictures Entertainment, Inc. d/b/a Crunchyroll ("Defendant") (collectively the "Parties"), submit this Joint Status Report to the Court.

The Parties have engaged Judge Morton Denlow (Ret.) to conduct the mediation of this matter. As such, the Parties have already communicated with Judge Denlow, are on track to complete the exchange mediation statements according to a schedule set by Judge Denlow, and will participate in a full day mediation on April 26, 2023.

Accordingly, the Parties request that the April 26, 2023 status date be continued to May 5, 2023, or some other time convenient to the Court.

| | |
|---|---|
| Dated: April 19, 2023 | Respectfully Submitted: |
| **SONY PICTURES ENTERTAINMENT INC. d/b/a CRUNCHYROLL** | **SALVADOR BELTRAN, JR. AND ELI GROSS** |
| By: */s/ William F. Farley* <br> William F. Farley <br> Rachel Agius <br> **HOLLAND & KNIGHT LLP** <br> 150 North Riverside Plaza, Ste. 2700 <br> Chicago, Illinois 60606 <br> 312-263-3600 <br> William.Farley@hklaw.com <br> Rachel.Agius@hklaw.com <br><br> Mark S. Melodia *(pro hac vice)* <br> **HOLLAND & KNIGHT LLP** <br> 31 West 52nd Street, FL 12 <br> New York, NY 10019 <br> Mark.melodia@hklaw.com <br><br> *Counsel for Defendant* | By: */s/ Brandon M. Wise* <br> Brandon M. Wise <br> Adam Florek <br> **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP** <br> 73 W. Monroe, 5th Floor <br> Chicago, IL 60604 <br> 312-444-0734 <br> bwise@peifferwolf.com <br> aflorek@peifferwolf.com <br><br> Patrick Muench <br> BAILEY GLASSER LLP <br> 318 W. Adams St., Ste. 1512 <br> Chicago, IL 60606 <br> T: 312.500.8680 <br> pmuench@baileyglasser.com <br><br> *Counsel for Plaintiffs and the Putative Class* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court using the CM/ECF efiling system, which will provide notice and allow access to all counsel of record.

*/s/ Brandon M. Wise*