# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Salvador Beltran Jr., et al.

                            Plaintiff,

v.                                      Case No.: 1:22–cv–04858

                                      Honorable Sara L. Ellis

Sony Pictures Entertainment, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 20, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiffs' motion for preliminary approval of the settlement [45]. The Court strikes the status date set for 9/21/2023 and resets it to 12/19/2023 at 10:00 AM for the final approval hearing. Plaintiffs should submit their proposed order granting preliminary approval of the settlement to the Court's proposed order email. The Court orders Plaintiffs to include in both the short form and long form notice that class members should not contact the Court to obtain more information about the settlement. The parties should file a joint status report by 12/15/2023 indicating the size of the class, the take rate of the class, and how that rate compares to other comparable settlements. Attorneys/Parties should appear for the hearing by calling the Toll–Free Number: (866) 434–5269, Access Code: 8087837. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call–in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing (use toll–free number). Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.