# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SALVADOR BELTRAN, JR., and ELI GROSS, *Individually and on behalf of all others similarly situated,*<br><br>*Plaintiffs*,<br><br>v.<br><br>SONY PICTURES ENTERTAINMENT INC., d/b/a CRUNCHYROLL<br><br>*Defendant*. | **Case No:** 1:22-cv-04858<br><br>**Judge:** Sara L. Ellis<br><br>**JURY TRIAL REQUESTED** |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Salvador Beltran, Jr. and Eli Gross ("Plaintiffs") hereby move this Court for an order (i) finally approving the Class Action Settlement, and (2) certifying the Settlement Class.

Submitted in support of the Motion are Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, the Declaration of Brandon M. Wise in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and accompanying documents and exhibits, and the Declaration of Scott Fenwick and attachments thereto.

Dated: December 7, 2023

By: */s/ Brandon M. Wise*
Brandon M. Wise – IL Bar # 6319580
Adam Florek – IL Bar # 6320615
**PEIFFER WOLF CARR
KANE CONWAY & WISE, LLP**
73 W. Monroe, 5th Floor
Chicago, IL 60604
T: 312-444-0734

1

bwise@peifferwolf.com
aflorek@peifferwolf.com

Michael L. Murphy (NY 5084397)*
**BAILEY & GLASSER LLP**
1055 Thomas Jefferson Street NW Suite 540
Washington, DC 20007
T: 202.494.3531
mmurphy@baileyglasser.com

Patrick Muench
**BAILEY GLASSER LLP**
318 W. Adams St., Ste. 1512
Chicago, IL 60606
pmuench@baileyglasser.com

*Counsel for Plaintiffs and the Putative Class*

*admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court on this date using the CM/ECF e-filing system, which will provide notice and allow access to all counsel of record.

                                             */s/ Brandon M. Wise*
                                             Brandon M. Wise