# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Salvador Beltran Jr., et al.

                                                Plaintiff,

v.                                                                        Case No.: 1:22−cv−04858

                                                                               Honorable Sara L. Ellis

Sony Pictures Entertainment, Inc., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 19, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 12/19/2023. Plaintiffs' motion for and memorandum of law in support of attorneys' fees, expenses, and service awards [50] is granted. Plaintiffs' motion for final approval of class action settlement [51] is granted. Closing orders are to be entered after 12/24/2023. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.